UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,

      CASE NO.: 3:25-cv-00176-HES-LLL

   Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
and FRANK DEJESUS, III,

   Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Carlos Torres Miranda, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 21st day of February 2025,

                                           s/ Patrick Brooks LaRou
                                           Patrick Brooks LaRou, Esq.
                                           Florida Bar No. 1039018
                                           brooks@fairlawattorney.com
                                           FAIRLAW FIRM
                                           135 San Lorenzo Avenue, Suite 770
                                           Coral Gables, Florida 33146
                                           Telephone: (305) 230-4884
                                           *Counsel for Plaintiff*