UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:25-CV-176-HES-LLL

CARLOS TORRES MIRANDA,

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C., AND
FRANK DEJESUS, III,

    Defendants.
_____/

**PLAINTIFF'S NOTICE PENDENCY OF OTHER ACTIONS**

Pursuant to Local Rule 1.07, I Certify that the instant action:

__X__  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Carlos Torres Miranda vs. ProTec Powder Coating, LLC*
    (Carrier: Ohio Security Insurance)
OJCC Case No.: 24-022528WRH
Workers' Compensation Claim
_____

_____  IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the party's appearance.

Dated this 27th day of February 2025.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
