UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:25-CV-176-HES-LLL

CARLOS TORRES MIRANDA,

    Plaintiff,

vs.

PROTEC POWDER
COATING, L.L.C., AND
FRANK DEJESUS, III,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, FRANK DEJESUS.

Plaintiff, Carlos Torres Miranda files the Return of Service on Defendant, Frank Dejesus III (served on March 1, 2025).

Dated this 3rd day of March 2025.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq.
                                                Fla. Bar No. 174742
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:   305.230.4884
                                                *Counsel for Plaintiff*