# RETURN OF SERVICE

**State of Florida**  **County of MIDDLE**

Case Number: 3:25-CV-176-HES-LLL

Plaintiff:
**CARLOS TORRES MIRANDA**

vs.

Defendant:
**PROTEC POWDER COATING, LLC, AND FRANK DEJESUS, III,**

For:
FAIRLAW FIRM
135 SAN LORENZO AVE.
SUITE 770
CORAL GABLES, FL 33146

KDY2025007224

Received by KD PROCESS on the 21st day of February, 2025 at 5:02 pm to be served on **FRANK DEJESUS III, 6429 SIERRA DR., JACKSONVILLE, FL 32244**.

I, Sandra S. Nordin, do hereby affirm that on the **1st day of March, 2025** at **11:55 am, I:**

**INDIVIDUALLY/PERSONALLY  FS 48.031 (1)(a):** Served by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me to **FRANK DEJESUS III,** at the individual's place of abode at **6429 SIERRA DR., JACKSONVILLE, FL 32244** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
I dated the service for 2/29 instead of Saturday, March 1.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

_Sandra S. Nordin_
**Sandra S. Nordin**
#1176

**KD PROCESS**
**2957 Capital Park Dr. Ste. 7**
**Tallahassee, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2025007224

```
DELIVERED  3/1/2025 11:55 AM
SERVER     SN
LICENSE    #1176
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,

                                    CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C., AND
FRANK DEJESUS, III,

    Defendants.
_____/

<u>SUMMONS IN A CIVIL ACTION</u>

TO:    Frank DeJesus, III
        6429 SIERRA DR
        JACKSONVILLE, FL 32244

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in <u>Fed. R. Civ. P. 12</u> (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Brian H. Pollock, Esq.
                      FairLaw Firm
                      135 San Lorenzo Avenue, Suite 770
                      Coral Gables, FL 33146
                      Tel:    (305) 230-4884
                      brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 21, 2025           CLERK OF COURT    LisaSilvia

_____

Signature of Clerk or Deputy Clerk

Civil Action No.: 3:25-CV-176-HES-LLL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____ _____, on *(date)*_____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there,_____on *(date)* , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)*_____ designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify):*

_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____         _____

                                            *Server's Signature*

                                  _____

                                          *Printed Name and Title*

_____
*Server's address*

Additional information regarding attempted service, etc: