# RETURN OF SERVICE

State of Florida

County of MIDDLE

Case Number: 3:25-CV-176-HES-LLL

Plaintiff:
**CARLOS TORRES MIRANDA**

KDY2025007223

vs.

Defendant:
**PROTEC POWDER COATING, LLC, AND FRANK DEJESUS, III,**

For:
FAIRLAW FIRM
135 SAN LORENZO AVE.
SUITE 770
CORAL GABLES, FL 33146

Received by KD PROCESS on the 21st day of February, 2025 at 4:59 pm to be served on **Protec Powder Coating, L.L.C., C/O Frank Dejesus, III, Registered Agent, 6662 COLUMBIA PARK DR. SOUTH, STE 2, JACKSONVILLE, FL 32258**.

I, Teresa Hendricks # 44, do hereby affirm that on the **4th day of March, 2025** at **9:25 am, I:**

**served the Limited Liability Corp  Per F.S. 48.062(2):** By delivering a true copy of this process with date and hour of service endorsed thereon by me, a copy of the  SUMMONS and COMPLAINT to: **Frank Dejesus, ,III as Registered Agent** of the above named limited liability corporation and informing them of the contents at 6662 COLUMBIA PARK DR. SOUTH, STE 2, JACKSONVILLE, FL 32258.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.  Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true.  Notary not required pursuant to F.S. 92.525(2)

_____
**Teresa Hendricks # 44**
Special Process Server #44

**KD PROCESS**
**2957 Capital Park Dr. Ste. 7**
**Tallahassee, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2025007223

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a