UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,   CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
AND FRANK DEJESUS, III,

    Defendants.
_____/

### PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, PROTEC POWDER COATING, L.L.C.

Plaintiff, Carlos Torres Miranda, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, requests the Clerk of Court to enter a Default against Defendant, ProTec Powder Coating, L.L.C., based on the following good cause:

1. Plaintiff, Carlos Torres Miranda, served the Summons and Complaint on Defendant, ProTec Powder Coating, L.L.C., on March 1, 2025. [ECF Nos. 8.]

2. Defendant, ProTec Powder Coating, L.L.C., failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the Complaint such that

the Clerk of Courts should now proceed to enter a Default against Defendant, ProTec Powder Coating, L.L.C.

## MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Carlos Torres Miranda, requests the Clerk of Courts to issue a Default against Defendant, ProTec Powder Coating, L.L.C, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by filing in the U.S. District Court's CM/ECF System on this 24th day of March 2025, and via U.S. Mail to the Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, at 6429 Sierra Drive, Jacksonville, FL 32244 (the address where process was served in this action).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
