UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,  CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
AND FRANK DEJESUS, III,

    Defendants.
_____/

## CLERK'S DEFAULT

It appearing that Defendant herein, PROTEC POWDER COATING, L.L.C., is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, PROTEC POWDER COATING, L.L.C., as of course, on this date _____.

                                                  ELIZABETH WARREN
                                                CLERK OF COURT

                                                By:_____
                                                    Deputy Clerk

`