UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,            CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
AND FRANK DEJESUS, III,

    Defendants.
_____/

**PLAINTIFF'S SECOND MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff, Carlos Torres Miranda, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, requests the Clerk of Court to enter a Default against Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, based on the following good cause:

    1.    Plaintiff, Carlos Torres Miranda, served the Summons and Complaint on Defendant, Frank DeJesus, III, on March 1, 2025. [ECF No. 8].

    2.    Plaintiff, Carlos Torres Miranda, served the Summons and Complaint on Defendant, ProTec Powder Coating, L.L.C., on March 4, 2025. [ECF Nos. 9.]

    3.    Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the

Complaint such that the Clerk of Courts should now proceed to enter a Default against Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III.

## MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Carlos Torres Miranda, requests the Clerk of Courts to issue a Default against Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by filing in the U.S. District Court's CM/ECF System on this 28th day of March 2025, and via U.S. Mail to the Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, at 6429 Sierra Drive, Jacksonville, FL 32244 (the address where process was served in this action).

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Miami, FL 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*