UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,           CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
AND FRANK DEJESUS, III,

    Defendants.
_____/

**CLERK'S DEFAULT**

It appearing that Defendants herein, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, are in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendants, ProTec Powder Coating, L.L.C., and Frank DeJesus, III, as of course, on this date _____.

                                             **ELIZABETH WARREN**
                                             CLERK OF COURT

                                             By:_____
                                                 Deputy Clerk

`