# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,

    Plaintiff,

v.

                                    Case No. 3:25-cv-176-HES-LLL

PROTEC POWDER COATING,
L.L.C., et al.,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against defendants **PROTEC POWDER COATING, L.L.C. and FRANK DEJESUS, III,** in Jacksonville, Florida, on the 31ST day of March 2025.

                                                      ELIZABETH M. WARREN, CLERK

                                                      /s/ N. Kojic, Deputy Clerk

Copies furnished to:
Counsel of record