UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CARLOS TORRES MIRANDA,   CASE NO.: 3:25-CV-176-HES-LLL

    Plaintiff,

vs.

PROTEC POWDER COATING, L.L.C.,
AND FRANK DEJESUS, III,

    Defendants.
_____/

## DECLARATION OF INDEBTEDNESS PURSUANT TO 28 U.S.C. §1746

STATE OF FLORIDA) ss.

COUNTY OF DUVAL)

    Carlos Torres Miranda, having been duly sworn, deposes and says as follows pursuant to 28 U.S.C. §1746:

1. My name is Carlos Torres Miranda.

2. I am over 18 years old and *sui juris*.

3. I have personal knowledge of the facts contained in this Declaration.

4. I worked for the Defendants in 2023.

5. I agreed with the Defendants that I would get paid $17 per hour for my work.

6. I suffered two work-related accidents while working for the Defendants, for which I pursued claims for workers' compensation benefits under Chapter 440, Florida Statutes, with the Florida Division of Administrative Hearings.

1

7. Defendants paid me overtime wages for most of the overtime hours I worked.

8. I realized the Defendants did not pay me overtime wages for the 41 hours from October 8-14, 2023, 42 hours from October 15-21, or 42 hours from November 4-20, 2023. (Exhibit "1".)

9. Instead, the Defendants paid me my regular wage of $17 per hour for these 5 overtime hours.

10. After FairLaw Firm filed this lawsuit to recover the overtime wages, liquidated damages, and attorney's fees and costs from the Defendants under the Fair Labor Standards Act [DE 1], ProTec Powder Coating, L.L.C., sent Check No. 5508615541 for $42.50 on February 28, 2025, to Sandra Guzman, Esq., my attorney at WorkInjuryRights.com who represents me in my workers' compensation case, in satisfaction of the remaining overtime wages I earned but was not paid in 2023.

11. Defendants did not pay or offer to pay me for liquidated damages of $42.50, despite my attorney in this case attempting to resolve the issues of liquidated damages and attorney's fees and costs with them.

12. I retained FairLaw Firm to represent me in this case for unpaid overtime wages and agreed to pay a reasonable attorney's fee for the services provided.

13. Further Declarant sayeth naught.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## DECLARATION

By my signature below, I execute this declaration in Duval County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

_____
Carlos Torres (Jun 2, 2025 17:53 EDT)
CARLOS TORRES MIRANDA

DATE: 02/06/2025

## INTERPRETER'S ACKNOWLEDGEMENT

On June 2, Hillary Frontado, who is personally known to me, affirmed that the foregoing was translated for CARLOS TORRES MIRANDA and that he fully understood the contents of the foregoing Declaration of Indebtedness.

_____
Interpreter's Signature

_____
Notary Public / State of Florida

STEFFANY SANGUINO
Notary Public-State of Florida
Commission # HH 196413
My Commission Expires
November 08, 2025

3