United States District Court
Middle District of Florida
Jacksonville Division

**CARLOS TORRES MIRANDA,**

    **Plaintiff,**

v.                                                          **NO. 3:25-cv-176-HES-LLL**

**PROTEC POWDER COATING, L.L.C., ET AL.,**

    **Defendants.**
_____

## Order

Before the Court is Plaintiff's Motion to Compel Fact Information Sheets. Doc. 18. On August 6, 2025, this Court entered an order, doc. 16, granting Plaintiff's Motion for Final Judgment, doc. 15, as to Defendant ProTec Powder Coating, L.L.C. (ProTec) only and directing the Clerk of Court to enter judgment pursuant to Fed. R. Civ. P. 55(b) in favor of plaintiff and against defendant ProTec, doc. 16 at 6. On the same date, the Clerk entered judgment. Doc. 17. Plaintiff now "requests the Court to compel Defendant, ProTec Powder Coating, L.L.C., to complete and return a Form 1.977 Fact Information Sheet, with all required attachments, to Plaintiff's counsel within 30 days of service of the Fact Information Sheets on it." Doc. 18 at 2.

Fed. R. Civ. P. 69(a)(2) governs discovery in furtherance of execution on a judgment and states as follows:

> In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the

> judgment debtor—as provided in these rules or by the procedure of the state where the court is located.

In addition, Florida Rule of Civil Procedure 1.560(b) states that

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court.

In this District, there is a "routine practice of granting a judgment creditor's request to compel the completion of the Fact Information Sheet." *Power Rental OP CO v. Virgin Islands Water & Power Auth.*, No. 3:20-cv-1015-TJC-MCR, 2023 WL 4187095, at *3 (M.D Fla. May 31, 2023), *report and recommendation adopted by Power Rental Op Co. v. Virgin Islands Water & Power Auth.*, No. 3:20-cv-1015-TJC-MCR, 2023 WL 4181246 (M.D. Fla. June 26, 2023) (citations omitted); *see also PNC Bank, N.A. v. Starlight Properties & Holdings, LLC*, No. 6:13-cv-408-Orl-36KRS, 2014 WL 2574040, at *2 (M.D. Fla. June 9, 2014) (ordering defendants to complete Fact Information Sheet within forty-five days of the date of final judgment); *Dozier v. DBI Servs., LLC*, No. 3:18-cv-972-BJD-MCR, 2022 WL 22887088, at *2 (M.D. Fla. Oct. 28, 2022) (ordering defendant to serve Fact Information Sheet on counsel for plaintiff within forty-five days of the court's order); *PNC Bank, Nat'l Assoc. v. Privatelabelsk.In, NA LLC*, No. 8:19-cv-2609-T-JSS, 2020 WL 13572661, at *5 (M.D. Fla. Dec. 30, 2020) (ordering defendant to complete Fact Information Sheet within forty-five days of judgment being entered).

Given the case law regarding Fact Information Sheets, and in the absence of objection from defendant, plaintiff's request is **granted in part** to the extent plaintiff requests defendant ProTec to complete and return Form 1.977 Fact Information Sheet. Defendant ProTec Powder Coating, L.L.C. is **directed** to complete Florida Rule of Civil Procedure Form 1.977 Fact Information Sheets, including all required attachments, within forty-five days of the date of this order.

**Ordered** in Jacksonville, Florida, on September 23, 2025.



/s/ Laura Lothman Lambert
United States Magistrate Judge

c:
Brian H. Pollock, Esquire
Patrick Brooks LaRou, Esquire

3